In the Matter of PETER RICHARDSON et al., Appellants, v RONALD YINGLING, as Town of Vernon Enforcement Officer, et al., Respondents. [858 NYS2d 645]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered April 16, 2007 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.